UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SUSAN K. LEE and BRIAN D. LEE, as Co-Personal Representatives of the UNSUPERVISED ESTATE OF DANIEL LEE, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> RBT SERVICES, INC., NORFOLK SOUTHERN CORPORATION, ARROWOOD-SOUTHERN COMPANY, and NORFOLK SOUTHER RAILWAY COMPANY <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Case No. 1:21-CV-00028-HAB-SLC ) ) ) ) ) ) ) ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now the parties, by counsel, and stipulate and agree that this matter should be dismissed, with prejudice, costs paid.

Respectfully submitted,

/s/ Timothy L. Karns
Timothy L. Karns
Wagner Reese
11939 N. Meridian Street
Carmel IN  46032

Robert J. Boughter (23512-53)
Boughter Sinak, LLC
5150 West Jefferson Blvd
Fort Wayne IN  46804
**Counsel for Plaintiff**


/s/ Rafael P. McLaughlin
Rafael P. McLaughlin (32466-02)
Reminger Co. LPA
110 West Berry Street, Suite 1900
Fort Wayne IN  46802
**Counsel for RBT Services, Inc**

/s/ Donald G. Orzeske
Donald G. Orzeske
Orzeske Blackwell PC
50 East 91st Street
Suite 104
Indianapolis IN  46240

Joseph H. Harrison III
David A. Locke
Stuart & Branigin, LLP
PO Box 1010
Lafayette IN 47902-1010
**Counsel for Norfolk Southern Corporation Arrowood-Southern Company and Norfolk Southern Railway Company**